**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT BUTLER, | **Case No. 1:15-cv-00133-EPG** |
| Plaintiff, | **ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 15) |
| Defendant. | |

Based upon the stipulation between the parties (ECF No. 15), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to file his Opening

Brief.  Plaintiff shall file his Opening Brief no later than June 27, 2016.  Defendant shall file her

opposition no later than July 27, 2016. Plaintiff may file a reply no later than August 11, 2016.


IT IS SO ORDERED.

    Dated:   **May 27, 2016**                     /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE