Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Scott Butler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Butler,<br><br>      Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:15-cv-00133 EPG<br><br>**Stipulation and Order to Reschedule Oral Argument** |

   Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate to reschedule the date of the oral argument currently scheduled for March 8, 2017:

   1.   Plaintiff's counsel has surgery scheduled for March 2, 2017 and anticipates she will need two weeks to recover from surgery.

   2.   Plaintiff's counsel has spoken with the Court's deputy, Michelle Rooney, and has learned that the date of March 28, 2017 at 9:00 a.m., is available.  This date and time is acceptable to Richard Rodriguez, Esq., defendant's counsel.

   3.   Accordingly the parties respectfully request that the date for oral argument be re-scheduled to March 28, 2017 at 9:00 a.m.

                                        Respectfully submitted,

Dated: January 10, 2017                /s/ Geri N. Kahn
                                        GERI N. KAHN
                                        Attorney for Plaintiff

Dated: January 10, 2017                /s/ Richard Rodriguez
                                        RICHARD RODRIGUEZ
                                        Special Assistant United States Attorney
                                        (*By email authorization on January 10, 2017)

**ORDER**

IT IS SO ORDERED.

    Dated:  **January 11, 2017**              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE