PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SCOTT BUTLER, | Case No. 1:15-CV-00133-EPG |
| Plaintiff, | STIPULATION AND ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ORDER DENYING AS MOOT MOTION FOR ATTORNEY FEES |
| Defendant. | (ECF No. 26) |

The parties agree that Plaintiff is entitled to an award of attorney fees and expenses to be paid by the Defendant pursuant to the EAJA, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $7,200.00 shall be awarded to Plaintiff. If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney Geri N. Kahn, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

1

Finally, the parties agree whether the check is made payable to Plaintiff, or to Geri N. Kahn, the check shall be mailed to Plaintiff's attorney at the following address: Law Offices of Geri N. Kahn, 465 California Street, Suite 609, San Francisco, CA 94104.

Respectfully submitted,

Date: July 10, 2017
*/s/Geri N. Kahn\**
Geri N. Kahn, CSBN 148536
Attorney at Law
Attorney for Plaintiff
\*By email authorization on July 10, 2017

Date: July 10, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/*Richard M. Rodriguez*
Richard M. Rodriguez
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 29), Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of SEVEN THOUSAND, TWO HUNDRED DOLLARS ($7,200.00) subject to the terms of the Stipulation. Plaintiff's Motion for Attorney Fees (ECF Nos. 26) is DENIED as moot.

IT IS SO ORDERED.

Dated: **July 11, 2017**                              /s/ Erin P. Groj
                                                                 UNITED STATES MAGISTRATE JUDGE